IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ORIGINAL

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ENRON CORPORATION, et al., | § | CASE NO. 01-16034-AJG |
| | § | (Southern Dist. of New York) |
| D E B T O R S. | § | |
| | § | |
| | § | |
| OFFICIAL EMPLOYMENT-RELATED ISSUES COMMITTEE OF ENRON CORP., et al., | § | |
| PLAINTIFFS, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 03-3522 |
| | § | |
| JOHN D. ARNOLD, et al., | § | CIVIL ACTION NO. H-04-4427 |
| DEFENDANTS. | § | |

**REPORT TO DISTRICT COURT ON MOTION TO WITHDRAW REFERENCE**

On July 12, 2004, the Official Employment-Related Issues Committee of Enron Corporation, the plaintiff, filed a motion to withdraw the reference of this adversary proceeding. The Employment Committee asserts that it has a right to a jury trial. While the Employment Committee would consent to the bankruptcy judge presiding over the jury trial, the Employment Committee moves to withdraw the reference to assure that a jury trial be conducted in Houston, Texas. The bankruptcy court submits the following report and recommendation to the United States District Court:

1. By order entered August 28, 2002 ("Order of Final Approval under 11 U.S.C. §§ 105(a), 363(b), 1103(c)(5) and 1109(b) and Fed. R. Bankr. P. 9019, Approving Settlement of Severance Claims of Similarly-Situated Claimants and Authorizing the Official Employment-Related Issues Committee to Commence Certain Avoidance Actions on Behalf of Estates"), the United States Bankruptcy Court for the Southern District of New York assigned to the Employment Committee the right to commence and prosecute certain causes of action of the Enron debtors against certain employees who received payments from the debtors within the days before the debtors filed their bankruptcy petitions.[1]

2. On March 28, 2003, the Employment Committee filed the instant complaint, seeking to avoid transfers as preferences or fraudulent conveyances pursuant to 11 U.S.C. §§ 544(b), 547 and 548. The adversary proceeding involves a core matter. 28 U.S.C. § 157(b)(2)(F) and (H).

3. The adversary proceeding had been assigned to the Honorable William Greendyke. Following the resignation of Judge Greendyke, by order entered June 1, 2004, the Chief Judge for the United States Court of Appeals for the Fifth Circuit reassigned

---

[1] The Employment Committee's standing under that order has been challenged in several motions to dismiss in this adversary proceeding as well as in adversary proceeding nos. 03-3496 (the "Fallon" case), 03-4181 (the "Boots" case), and 03-3721 (the "Lavorato" case). For purposes of this report, the court assumes that the Employment Committee has standing to prosecute this adversary proceeding.

the adversary proceeding to the Honorable Steven A. Felsenthal, Chief United States Bankruptcy Judge for the Northern District of Texas. Nevertheless, the adversary proceeding remains pending in the Southern District of Texas.

4. On July 12, 2004, the Employment Committee filed its motion to withdraw the reference. The Employment Committee requests a jury trial. While the Employment Committee consents to the bankruptcy judge presiding over the jury trial, the Employment Committee insists that the jury trial take place in the Southern District of Texas. The Employment Committee has filed the motion to withdraw the reference to assure that would occur.

5. The defendants oppose the motion to withdraw the reference. The defendants contend that the Employment Committee does not have a right to a jury trial. In addition, several of the defendants contend that the Employment Committee did not timely file the motion to withdraw the reference.

6. Several defendants do not consent to the bankruptcy judge conducting the jury trial in the event the Employment Committee does have a right to a jury trial. See docket nos. 237, 238. If the Employment Committee has a right to a jury trial and if the motion has been timely filed, the reference would have to be withdrawn. 28 U.S.C. § 157(e).

7. Some defendants do consent to the bankruptcy judge

conducting a jury trial in the event the Employment Committee has a right to a jury trial and if the motion has been timely filed. See docket no. 243. These defendants contend that the trial can be as conveniently conducted in Dallas, Texas, as in Houston, Texas.

8. The Employment Committee does not have a right to a jury trial on avoidance claims under Chapter 5 of the Bankruptcy Code.

The filing of the bankruptcy case by Enron Corp. and its subsidiary Enron North America does not automatically result in the waiver of a jury trial right held by Enron. In re Jensen, 946 F.2d 369, 374 (5th Cir. 1991). Rather, the court must look to the nature of the proceedings to determine if the Employment Committee has the right to a jury trial to begin with.

Enron is not the plaintiff. The Employment Committee is the plaintiff. The Employment Committee is a legal entity created under the Bankruptcy Code. 11 U.S.C. § 1102. The Employment Committee holds only the powers vested by the Code and court order. For purposes of this motion, the court assumes that the bankruptcy court has authorized the Employment Committee to act as the representative of the bankruptcy estate. The court correspondingly assumes that as the representative of the bankruptcy estate, it holds whatever jury trial rights Enron held following the filing of the bankruptcy case.

The commencement of the bankruptcy case by Enron created a

bankruptcy estate, 11 U.S.C. § 541, to be administered by a court of equity. Granfinanciera, S.A. v. Nordberg, 492 U.S. 33, 57 (1989). As part of that process, Congress has created certain avoidance causes of action under Chapter 5 of the Code. Also, as part of the equitable process, Congress has vested avoidance claims under non-bankruptcy law in the bankruptcy trustee to pursue for the benefit of the bankruptcy estate. 11 U.S.C. §§ 544(b) and 550. Likewise, the determination of claims asserted against a bankruptcy estate involves the equitable process. Langenkamp v. Culp, 498 U.S. 42, 44 (1990). When a creditor elects to participate in that equitable process by filing a proof of claim, the creditor waives any right to a jury trial. Id. The filing of the proof of claim denies both the creditor and the trustee any right to a jury trial either would have had concerning the claims. Jensen, 946 F.2d at 374.

Under the Bankruptcy Code, an avoidance judgment results in the disallowance of a claim unless the creditor pays the judgment. 11 U.S.C. § 502(h). When the trustee files an avoidance action under Chapter 5 against a creditor who has filed a proof of claim, the trustee seeks to effect the claims allowance process. The trustee therefore has no right to a jury trial of an avoidance claim when the defendant has filed a proof of claim.

The same conclusion applies to avoidance claims brought

against defendants who have not filed proofs of claims. The Bankruptcy Code vests avoidance claims in the bankruptcy trustee. Section 1107 of the Code vests in the debtor in possession the powers of the trustee. But for the Code, the claims would not exist, see, e.g., 11 U.S.C. §§ 547 and 548, or would not be available to the bankruptcy estate. 11 U.S.C. § 544(b). The trustee acts for the benefit of the bankruptcy estate. 11 U.S.C. § 550. A successful prosecution results in a recovery for the benefit of the bankruptcy estate. 11 U.S.C. § 550. The recovery becomes property of the bankruptcy estate. 11 U.S.C. § 541(a)(3). The debtor, or the representative of the estate, pursues bankruptcy-created avoidance claims to increase the property of the bankruptcy estate. The defendant who satisfies an avoidance judgment may obtain an allowed claim against the bankruptcy estate. 11 U.S.C. § 502(h). As a creditor, the defendant then shares in the distribution of the property of the estate. By commencing an avoidance proceeding, the debtor thereby effectively invokes the process of determining and distributing the property of the bankruptcy estate to creditors holding allowed claims. That triggers the essence of the bankruptcy equitable process. Tenn. Student Assistance Corp. v. Hood, 124 S.Ct. 1905, 1910-11 (2004) (discussing *in rem* bankruptcy proceeding in the context of sovereign immunity).

The Employment Committee contends that the debtor does not

waive its right to a jury trial by filing the bankruptcy case. The Fifth Circuit has indeed so held. See Jensen, 946 F.2d at 369. But that begs the question. The court must determine whether the trustee had a jury trial right under the Seventh Amendment. In Jensen, the Fifth Circuit held that the trustee (debtor in possession) did not waive its right to a jury trial on pre-bankruptcy petition claims if the right existed prior to the filing of the bankruptcy case under applicable non-bankruptcy law. Jensen, 946 F.2d at 373-74. Enron did not possess any of the avoidance claims before it filed its bankruptcy petition. The state law fraudulent transfer claims belonged to existing creditors pre-petition. The trustee may pursue those claims only because of the power vested in a bankruptcy trustee by the Bankruptcy Code. 11 U.S.C. § 544(b). The claims under § 547 and § 548 are created under and exist only because of the Code. Enron had no pre-petition avoidance claims to pursue. Enron, therefore, had no pre-petition jury trial right regarding these claims.

The Employment Committee cites a 1932 Supreme Court decision for the proposition that a suit by a trustee in bankruptcy to recover preferential payments on behalf of a bankruptcy estate should be tried to a jury absent a proof of claim. Schoenthal v. Irving Trust Co., 287 U.S. 92, 96 (1932). Schoenthal does not stand for the proposition that a trustee has a right to a jury

trial, but rather it addresses the right of a creditor to a jury trial in the absence of a proof of claim. Furthermore, the law has changed since Schoenthal. Under the then applicable bankruptcy law, trustees pursued preferential avoidance actions in state court. That claim has been replaced by § 547, which is pursued in federal court as a core matter to the bankruptcy case. The claim is created under a different law, is a different claim, and commands a different analysis from that of 1932. "Congress rewrote bankruptcy law, and federal jurisdiction over bankruptcy cases, in 1978 and again (after the Supreme Court declared the 1978 jurisdictional scheme unconstitutional) in 1984." Sentry Operating Co. v. Billings (In re Sentry Operating Co. of Texas, Inc.), 273 B.R. 515, 521 (Bankr. S.D. Tex. 2002). The court in Granfinanciera recognized that "[t]he 1978 Act abolished the statutory distinction between plenary and summary bankruptcy proceedings, on which the Court relied in Schoenthal . . . . [I]n the 1984 Amendments Congress drew a new distinction between 'core' and 'non-core' proceedings . . . ." Granfinanciera, 492 U.S. at 60. Indeed, as discussed above, the payment of an avoidance judgment results in a claim against the bankruptcy estate, bringing the analysis full circle.

The Employment Committee also argues that allowing the claims process to dictate the jury trial determination permits manipulation. A defendant in an avoidance action has the right

to a jury trial unless it has waived that right. A defendant waives its right to a jury trial on an avoidance action by filing a proof of claim. But, the trustee has no right to a jury trial in an avoidance action to begin with. And the trustee has no authority to invoke the right to a jury trial on behalf of a defendant who chooses not to ask for a jury trial. And, if the trustee had a right to a jury trial, the trustee must waive that right by invoking the avoidance process because it directly addresses the property of the bankruptcy estate, the eventual amount of claims against the estate, and the distribution of the property of the bankruptcy estate, all of which involve the equitable bankruptcy process for which there is no right to a jury trial.

9. The defendants contend that the Employment Committee did not timely file the motion to withdraw the reference. The Employment Committee invoked its jury trial demand in its complaint. But the Employment Committee did not file its motion to withdraw the reference until July 12, 2004. Several defendants contend that the Employment Committee waived any jury trial right by failing to move promptly to withdraw the reference. Under 28 U.S.C. § 157(d), the district court may withdraw the reference of an adversary proceeding on "timely" motion of any party, for cause shown.

Under the circumstances of this proceeding, the Employment

Committee timely filed its motion. If the right to a jury trial applies in a proceeding that a bankruptcy judge may hear, then the bankruptcy judge may preside over the jury trial with consent of all the parties. 28 U.S.C. § 157(e). The Employment Committee initially intended to consent to the bankruptcy judge presiding over the jury trial. The defendants identified in paragraph 6 have only recently expressed their lack of consent to the bankruptcy judge presiding over the jury trial. The Chief Judge of the Fifth Circuit did not appoint the undersigned to preside over the case until June 1, 2004. The logistical concern with the location of a jury trial with a bankruptcy judge presiding did not materialize until that appointment. By order entered June 21, 2004, the undersigned judge scheduled the initial status conference after the reassignment. The court held the conference on July 13, 2004. The day before the conference, on July 12, 2004, the Employment Committee filed its motion to withdraw the reference. At the status conference, the court directed that parties wishing to respond to the motion to withdraw reference had twenty days to file their responses addressing the right to a jury trial and whether or not they consented to the bankruptcy judge presiding over a jury trial if the Employment Committee had a right to a jury trial. The court then allowed the Employment Committee ten days after the last day for filing responses to file its reply to the responses. The

court stated that it would set a conference after the responses and reply were filed but decided that the written pleadings covered the issue. Under these circumstances, the Employment Committee has acted promptly.

10. The bankruptcy court has entered a scheduling order as if there would be a jury trial in district court. That scheduling order thereby protects parties should the Employment Committee have a right to a jury trial, while assuring that the parties efficiently prepare for trial. The scheduling order has been entered as docket no. 319 on September 15, 2004. The scheduling order further assures that the motion to withdraw reference not be used as a delay device by the Employment Committee, nor that any party use its lack of consent for the bankruptcy judge presiding over a jury trial as a device to delay the proceeding by playing one court's docket against the other. The scheduling order provides for bifurcated issues trials and monthly hearings and conferences to facilitate efficient trial preparation.

11. In light of the scheduling order and the core nature of the claims in this adversary proceeding, in the event that the district court concludes that the Employment Committee has a right to a jury trial and that the reference must be withdrawn, the bankruptcy court recommends that the reference not be withdrawn until the bankruptcy court certifies that the parties

are ready for trial. The parties agree that the bankruptcy court should preside over the pre-trial administration of this adversary proceeding and decide pre-trial motions.

12. The adversary proceeding has not been stayed pending a determination of the motion to withdraw the reference. Bankruptcy Rule 5011. A motion to stay the adversary proceeding is not pending.

13. The bankruptcy court recommends that the district court deny the motion to withdraw the reference. A proposed order is attached.

Dated: October 18, 2004

Respectfully submitted,

Steven A. Felsenthal, Chief
United States Bankruptcy Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ENRON CORPORATION, et al., | § | CASE NO. 01-16034-AJG |
| | § | (Southern Dist. of New York) |
| D E B T O R S. | § | |
| | § | |
| | § | |
| OFFICIAL EMPLOYMENT-RELATED | § | |
| ISSUES COMMITTEE OF ENRON CORP., | § | |
| et al., | § | |
| PLAINTIFFS, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 03-3522 |
| | § | |
| JOHN D. ARNOLD, et al., | § | CIVIL ACTION ~~NO.~~ H-04-4427 |
| DEFENDANTS. | § | |

**O R D E R**

Based on the report and recommendation of the United States Bankruptcy Court,

**IT IS ORDERED** that the motion of the Official Employment-Related Issues Committee of Enron Corporation to withdraw the reference is **DENIED**.

Signed this ______ day of _______________, 2004.

______________________________
United States District Judge

# *Bankruptcy Matter for Review by the District Court*

Dear Judge Hughes:

This judge has been assigned an earlier matter involving this debtor as debtor:

| | | | |
|---|---|---|---|
| ☐ Hughes | ☐ Lake | ☐ Werlein | ☐ Atlas |
| ☐ Hittner | ☐ Harmon | ☐ Rosenthal ☐ | |
| ☐ Hoyt | ☐ Rainey | ☐ Gilmore | ☒ ***None other.*** |

Thank you,

Joan Davenport

Deputy Clerk (5529)

October 21, 2004

## *Decision*

☐ I refer this question to the judge with the earliest assignment.

☐ Assign it randomly.

☐ I will remand it to state court.

☐ I will deny withdrawal of the reference from bankruptcy court.

☐ Assign it directly to me.

☒ I refer this to Judge Harmon

H

Lynn N. Hughes, *U S D J*

N:\WP51\FILES\FORMS\BANKRUPT.REF
October 21, 2004

# U.S. Bankruptcy Court
# Southern District of Texas (Houston)
# Adversary Proceeding #: 03-03522
**Internal Use Only**

*Assigned to:* Steven A. Felsenthal
*Related BK Case:*
*Related BK Title:*
*Demand:* $9999000
*Nature of Suit:* 454

*Date Filed:* 03/28/03

**Debtor**
-----------------------

**Enron Corp.**
Weil, Gotshal & Manges LLP
700 Louisiana, Suite 1600
Houston, TX 77002
713/546-5000

**Plaintiff**
-----------------------

**Official Employment-Related Issues Committee of Enron Corp Et Al**

represented by **David P McClain**
McClain, Leppert & Maney, P.C.
711 Louisiana
Ste 3100
Houston, TX 77002
713-654-8001
Email: mcclain@mcclainleppert.com

**Mark Maney**
McClain Leppert and Maney
711 Louisiana
Ste 3100
Houston, TX 77002-0000
713-654-8001
*LEAD ATTORNEY*

**Mark Edward Maney**
McClain Leppert & Maney PC
711 Louisiana St
Ste 3100
Houston, TX 77002
713-654-8001
Fax : 713-654-8818
Email: maney@mcclainleppert.com

V.

**Defendant**

-----------------------

| | | |
|---|---|---|
| **John D Arnold** | represented by | **Cynthia Johnson Rerko**<br>Attorney at Law<br>2605 Hibernia Street<br>Dallas, TX 75204<br>214-965-9500<br>Fax : 214-965-9501<br>Email: cjrerko@swbell.net<br>*LEAD ATTORNEY* |
| **Michael J Swerzbin** | represented by | **Michael J Swerzbin**<br>PRO SE<br><br>**Jeremy S Simon**<br>Wilmer Cutler Pickering Hale and Door LL<br>2445 M Street, NW<br>Washington, DC 20037-1420<br>202-663-6000<br>Fax : 202-772-5180<br>Email: jeremy.simon@wilmer.com<br>*TERMINATED: 10/15/2004*<br>*LEAD ATTORNEY* |
| **Timothy N Belden** | represented by | **Angie Davis**<br>Baker Donelson et al<br>165 Madison Ave<br>20th Flr<br>Memphis, TN 38103<br>901-526-2000<br>*LEAD ATTORNEY*<br><br>**Michael T Dawkins**<br>Baker Donelson et al<br>PO Box 14167<br>Jackson, MS 39216-4167<br>601-351-2400<br>*LEAD ATTORNEY*<br><br>**Robert E Hauberg, Jr**<br>Baker Donelson et al<br>PO Box 14167<br>Jackson, MS 39236-14167<br>601-351-2400<br><br>**W Davis Frye**<br>Baker Donelson et al<br>4268 I-55 N<br>Jackson, MS 39211 |

| | | |
|---|---|---|
| | | 601-351-2400<br>Fax : 601-974-8927<br>Email: dfrye@bakerdonelson.com<br>*LEAD ATTORNEY* |
| **Matthew H Motley** | represented by | **Susan J Brandt**<br>Nathan Sommers Jacobs + Gorman<br>2800 Post Oak Blvd<br>61st Fl<br>Houston, TX 77056-6102<br>713-892-4811<br>Fax : 713-892-4800<br>Email: efilesb@nathansommers.com<br><br>**Thomas D Goldberg**<br>Day Berry et al<br>One Canterbury Green<br>Stamford, CT 06901<br>203-977-7300 |
| **Kevin M Presto** | represented by | **Edward L Ripley**<br>Baker & Hostetler LLP<br>1000 Louisiana<br>Ste 2000<br>Houston, TX 77002<br>713-646-1349<br>Fax : 713-276-1626<br>Email: eripley@bakerlaw.com<br>*LEAD ATTORNEY* |
| **Mark D Davis, Jr** | represented by | **Edward L Ripley**<br>Baker & Hostetler LLP<br>1000 Louisiana<br>Ste 2000<br>Houston, TX 77002<br>713-646-1349<br>Fax : 713-276-1626<br>Email: eripley@bakerlaw.com<br><br>**Jeremy S Simon**<br>Wilmer Cutler Pickering Hale and Door LL<br>2445 M Street, NW<br>Washington, DC 20037-1420<br>202-663-6000<br>Fax : 202-772-5180<br>Email: jeremy.simon@wilmer.com<br>*TERMINATED: 10/15/2004*<br>*LEAD ATTORNEY* |
| **Robert C Benson** | represented by | **Edward L Ripley**<br>(See above for address) |

| | | |
|---|---|---|
| | | **Jeremy S Simon**<br>(See above for address)<br>*TERMINATED: 10/15/2004*<br>*LEAD ATTORNEY* |
| **Hunter Shively** | represented by | **Blake E Rizzo**<br>Porter & Hedges<br>700 Louisiana<br>Ste 3500<br>Houston, TX 77002-2732<br>713-226-0633<br>Fax : 713-226-0233<br>Email: brizzo@porterhedges.com<br><br>**Jeremy S Simon**<br>(See above for address)<br>*TERMINATED: 10/15/2004*<br>*LEAD ATTORNEY* |
| **Fletcher J Sturm** | represented by | **Edward L Ripley**<br>(See above for address)<br><br>**Jeremy S Simon**<br>(See above for address)<br>*TERMINATED: 10/15/2004*<br>*LEAD ATTORNEY* |
| **Robert Badeer** | represented by | **Edward L Ripley**<br>(See above for address)<br><br>**Jeremy S Simon**<br>(See above for address)<br>*TERMINATED: 10/15/2004*<br>*LEAD ATTORNEY* |
| **Jeffrey Richter** | represented by | **Angie Davis**<br>(See above for address)<br>*LEAD ATTORNEY*<br><br>**Michael T Dawkins**<br>(See above for address)<br>*LEAD ATTORNEY*<br><br>**Robert E Hauberg, Jr**<br>(See above for address)<br>*LEAD ATTORNEY*<br><br>**W Davis Frye**<br>(See above for address)<br>*LEAD ATTORNEY* |
| **Thomas A Martin** | represented by | **Blake E Rizzo**<br>(See above for address) |

| | | |
|---|---|---|
| | | **Jeremy S Simon**<br>(See above for address)<br>*TERMINATED: 10/15/2004*<br>*LEAD ATTORNEY* |
| **Christopher F Calger** | represented by | **Holland Neff O'Neil**<br>Gardere Wynne et al<br>1601 Elm St<br>Ste 3000<br>Dallas, TX 75201<br>214-999-4961<br>Fax : 214-999-3961<br>Email: honeil@gardere.com<br><br>**Jeremy S Simon**<br>(See above for address)<br>*TERMINATED: 09/13/2004*<br>*LEAD ATTORNEY*<br><br>**Paula K Tucker**<br>Gardere & Wynne<br>1601 Elm St<br>Ste 3000<br>Dallas, TX 75201<br>214-999-4649<br>Fax : 214-999-3649<br>Email: ptucker@gardere.com |
| **Frank J Ermis** | represented by | **Holland Neff O'Neil**<br>(See above for address)<br><br>**Jeremy S Simon**<br>(See above for address)<br>*TERMINATED: 09/13/2004*<br>*LEAD ATTORNEY*<br><br>**Paula K Tucker**<br>(See above for address) |
| **Michael J Maggi** | represented by | **Cynthia Johnson Rerko**<br>(See above for address)<br><br>**Jeremy S Simon**<br>(See above for address)<br>*TERMINATED: 09/13/2004*<br>*LEAD ATTORNEY* |
| **Lawrence J May** | represented by | **Holland Neff O'Neil**<br>(See above for address)<br><br>**Jeremy S Simon**<br>(See above for address)<br>*TERMINATED: 09/13/2004* |

| | | |
|---|---|---|
| | | *LEAD ATTORNEY*<br><br>**Paula K Tucker**<br>(See above for address) |
| **Rogers Herndon** | represented by | **Mark Aaron Brandoff**<br>Attorney at Law<br>PO Box 97<br>Jericho, NY 11753<br>516-933-4160<br>Fax : 516-933-4169<br>Email: brandoff@optonline.net<br>*LEAD ATTORNEY* |
| **Andrew H Lewis** | represented by | **Holland Neff O'Neil**<br>(See above for address)<br><br>**Jeremy S Simon**<br>(See above for address)<br>*TERMINATED: 09/13/2004*<br>*LEAD ATTORNEY*<br><br>**Paula K Tucker**<br>(See above for address) |
| **James E Schwieger** | represented by | **O W Bussey, Jr**<br>Attorney at Law<br>5850 San Felipe<br>Ste 125<br>Houston, TX 77057<br>713-334-8222<br>Email: owbussey@msn.com<br>*LEAD ATTORNEY* |
| **Geoffery C Storey** | represented by | **Geoffery C Storey**<br>PRO SE<br><br>**Jeremy S Simon**<br>Wilmer Cutler Pickering Hale and Door LL<br>2445 M Street, NW<br>Washington, DC 20037-1420<br>202-663-6000<br>Fax : 202-772-5180<br>Email: jeremy.simon@wilmer.com<br>*TERMINATED: 10/15/2004*<br>*LEAD ATTORNEY* |
| **Barry L Tycholiz** | represented by | **Holland Neff O'Neil**<br>(See above for address)<br><br>**Jeremy S Simon**<br>(See above for address) |

| | | |
|---|---|---|
| | | *TERMINATED: 09/13/2004*<br>*LEAD ATTORNEY* |
| | | **Paula K Tucker**<br>(See above for address) |
| **Sandra F Brawner** | represented by | **Cynthia Johnson Rerko**<br>(See above for address) |
| | | **Jeremy S Simon**<br>(See above for address)<br>*TERMINATED: 09/13/2004*<br>*LEAD ATTORNEY* |
| **Don Black** | represented by | **Blake E Rizzo**<br>(See above for address) |
| | | **Jeremy S Simon**<br>(See above for address)<br>*TERMINATED: 10/15/2004*<br>*LEAD ATTORNEY* |
| **Harpreet S Arora** | represented by | **Mark Aaron Brandoff**<br>(See above for address)<br>*LEAD ATTORNEY* |
| **Eric P Bass** | represented by | **Eric P Bass**<br>PRO SE |
| | | **Jeremy S Simon**<br>Wilmer Cutler Pickering Hale and Door LL<br>2445 M Street, NW<br>Washington, DC 20037-1420<br>202-663-6000<br>Fax : 202-772-5180<br>Email: jeremy.simon@wilmer.com<br>*TERMINATED: 10/15/2004*<br>*LEAD ATTORNEY* |
| **Sean R Crandall** | represented by | **Ronald T Adams**<br>Black Helterline LLP<br>805 S W Broadway<br>Ste 1900<br>Portland, OR 97205<br>503-417-2132<br>Fax : 503-417-2172<br>Email: rta@bhlaw.com |
| **Martin L Cuilla** | represented by | **Kenneth E McKay**<br>Locke Liddell et al<br>600 Travis St<br>Ste 3400 |

Houston, TX 77002
713-226-1200
*LEAD ATTORNEY*

**Thomas H Grace**
Locke Liddell et al
600 Travis St
Ste 2600
Houston, TX 77002
713-226-1377
Fax : 713-223-3717
Email:
HOBANKECR@lockeliddell.com

| | | |
|---|---|---|
| **Kevin Ruscitti** | represented by | **Kenneth E McKay**<br>(See above for address)<br>*LEAD ATTORNEY* |
| **Timothy A Heizenrader** | represented by | **Ronald T Adams**<br>(See above for address) |
| **Bradley T McKay** | represented by | **Kenneth E McKay**<br>(See above for address)<br>*LEAD ATTORNEY* |
| **Jacob S Thomas** | represented by | **Jacob S Thomas**<br>PRO SE<br><br>**Jeremy S Simon**<br>Wilmer Cutler Pickering Hale and Door LL<br>2445 M Street, NW<br>Washington, DC 20037-1420<br>202-663-6000<br>Fax : 202-772-5180<br>Email: jeremy.simon@wilmer.com<br>*TERMINATED: 10/15/2004*<br>*LEAD ATTORNEY* |
| **Douglas Gilbert-Smith** | represented by | **Douglas Gilbert-Smith**<br>PRO SE<br><br>**Jeremy S Simon**<br>Wilmer Cutler Pickering Hale and Door LL<br>2445 M Street, NW<br>Washington, DC 20037-1420<br>202-663-6000<br>Fax : 202-772-5180<br>Email: jeremy.simon@wilmer.com<br>*TERMINATED: 10/15/2004*<br>*LEAD ATTORNEY* |

| | | |
|---|---|---|
| **Thomas Alonso** | represented by | **Ronald T Adams**<br>(See above for address) |
| **Paul Choi** | represented by | **Ronald T Adams**<br>(See above for address) |
| **Mark S Fischer** | represented by | **Ronald T Adams**<br>(See above for address) |
| **Laura L Luce** | represented by | **Kenneth E McKay**<br>(See above for address)<br>*LEAD ATTORNEY* |
| **Stewart Rosman** | represented by | **Ronald T Adams**<br>(See above for address) |
| **Christopher H Foster** | represented by | **Holland Neff O'Neil**<br>(See above for address)<br><br>**Jeremy S Simon**<br>(See above for address)<br>*TERMINATED: 09/13/2004*<br>*LEAD ATTORNEY*<br><br>**Paula K Tucker**<br>(See above for address) |
| **Scott M Neal** | represented by | **Blake E Rizzo**<br>(See above for address)<br><br>**Jeremy S Simon**<br>(See above for address)<br>*TERMINATED: 10/15/2004*<br>*LEAD ATTORNEY* |
| **Craig A Breslau** | represented by | **Craig A Breslau**<br>PRO SE<br><br>**Jeremy S Simon**<br>Wilmer Cutler Pickering Hale and Door LL<br>2445 M Street, NW<br>Washington, DC 20037-1420<br>202-663-6000<br>Fax : 202-772-5180<br>Email: jeremy.simon@wilmer.com<br>*TERMINATED: 10/15/2004*<br>*LEAD ATTORNEY* |
| **Michael J Curry** | represented by | **Michael J Curry**<br>PRO SE<br><br>**Jeremy S Simon** |

Wilmer Cutler Pickering Hale and Door LL
2445 M Street, NW
Washington, DC 20037-1420
202-663-6000
Fax : 202-772-5180
Email: jeremy.simon@wilmer.com
*TERMINATED: 10/15/2004*
*LEAD ATTORNEY*

| | | |
|---|---|---|
| **Michael D Grigsby** | represented by | **Michael D Grigsby**<br>PRO SE<br><br>**Jeremy S Simon**<br>Wilmer Cutler Pickering Hale and Door LL<br>2445 M Street, NW<br>Washington, DC 20037-1420<br>202-663-6000<br>Fax : 202-772-5180<br>Email: jeremy.simon@wilmer.com<br>*TERMINATED: 10/15/2004*<br>*LEAD ATTORNEY* |
| **John Llodra** | represented by | **John Llodra**<br>PRO SE<br><br>**Jeremy S Simon**<br>Wilmer Cutler Pickering Hale and Door LL<br>2445 M Street, NW<br>Washington, DC 20037-1420<br>202-663-6000<br>Fax : 202-772-5180<br>Email: jeremy.simon@wilmer.com<br>*TERMINATED: 10/15/2004*<br>*LEAD ATTORNEY* |
| **Jane M Tholt** | represented by | **Holland Neff O'Neil**<br>(See above for address)<br><br>**Jeremy S Simon**<br>(See above for address)<br>*TERMINATED: 09/13/2004*<br>*LEAD ATTORNEY*<br><br>**Paula K Tucker**<br>(See above for address) |
| **Frank W Vickers** | represented by | **Holland Neff O'Neil**<br>(See above for address) |

| | | |
|---|---|---|
| | | **Jeremy S Simon**<br>(See above for address)<br>*TERMINATED: 10/15/2004*<br>*LEAD ATTORNEY*<br><br>**Paula K Tucker**<br>(See above for address) |
| **Jonathan McKay** | represented by | **Holland Neff O'Neil**<br>(See above for address)<br><br>**Jeremy S Simon**<br>(See above for address)<br>*TERMINATED: 09/13/2004*<br>*LEAD ATTORNEY*<br><br>**Paula K Tucker**<br>(See above for address) |
| **Christopher J Gaskill** | represented by | **Christopher J Gaskill**<br>PRO SE<br><br>**Jeremy S Simon**<br>Wilmer Cutler Pickering Hale and Door LL<br>2445 M Street, NW<br>Washington, DC 20037-1420<br>202-663-6000<br>Fax : 202-772-5180<br>Email: jeremy.simon@wilmer.com<br>*TERMINATED: 10/15/2004*<br>*LEAD ATTORNEY* |
| **Guatam Gupta** | represented by | **Mark Aaron Brandoff**<br>(See above for address)<br>*LEAD ATTORNEY* |
| **Steve H Wang** | represented by | **Holland Neff O'Neil**<br>(See above for address)<br><br>**Jeremy S Simon**<br>(See above for address)<br>*TERMINATED: 09/13/2004*<br>*LEAD ATTORNEY*<br><br>**Paula K Tucker**<br>(See above for address) |
| **Lloyd J Will** | represented by | **Lloyd J Will**<br>PRO SE<br><br>**Jeremy S Simon**<br>Wilmer Cutler Pickering Hale and Door |

LL
2445 M Street, NW
Washington, DC 20037-1420
202-663-6000
Fax : 202-772-5180
Email: jeremy.simon@wilmer.com
*TERMINATED: 10/15/2004*
*LEAD ATTORNEY*

**Berney C Aucoin**

**John D Suarez** represented by **Mark Aaron Brandoff**
(See above for address)
*LEAD ATTORNEY*

**Jeff N King** represented by **Holland Neff O'Neil**
(See above for address)

**Jeremy S Simon**
(See above for address)
*TERMINATED: 09/13/2004*
*LEAD ATTORNEY*

**Paula K Tucker**
(See above for address)

**Robert Stalford** represented by **Holland Neff O'Neil**
(See above for address)

**Jeremy S Simon**
(See above for address)
*TERMINATED: 09/13/2004*
*LEAD ATTORNEY*

**Paula K Tucker**
(See above for address)

**Keith A Holst** represented by **Keith A Holst**
PRO SE

**Jeremy S Simon**
Wilmer Cutler Pickering Hale and Door
LL
2445 M Street, NW
Washington, DC 20037-1420
202-663-6000
Fax : 202-772-5180
Email: jeremy.simon@wilmer.com
*TERMINATED: 10/15/2004*
*LEAD ATTORNEY*

**Narsimha Misra**

| | | |
|---|---|---|
| **Stuart Rexrode** | represented by | **Fred Wahrlich**<br>Munsch Hardt Kopf & Harr, P.C.<br>4600 Bank of America<br>700 Louisiana, Ste 4600<br>Houston, TX 77002-2732<br>713-222-1469<br>Fax : 713-222-1475<br>Email: fwahrlich@munsch.com |
| **UBS Traders** | represented by | **UBS Traders**<br>PRO SE<br><br>**Duane D Morse**<br>Attorney at Law<br>1600 Tysons Blvd<br>Suite 1000<br>McLean, VA 22102<br>703-251-9700<br>Email: dmorse@wilmer.com<br>*TERMINATED: 10/15/2004*<br>*LEAD ATTORNEY*<br><br>**Jeremy S Simon**<br>Wilmer Cutler Pickering Hale and Door LL<br>2445 M Street, NW<br>Washington, DC 20037-1420<br>202-663-6000<br>Fax : 202-772-5180<br>Email: jeremy.simon@wilmer.com<br>*TERMINATED: 10/15/2004* |
| **Frank Hayden** | represented by | **William W Rucker, Jr**<br>Rucker Middleton LLP<br>3801 Kirby Dr<br>Ste 710<br>Houston, TX 77098<br>713-528-2800<br>*LEAD ATTORNEY* |
| **James E Hachen** | represented by | **William W Rucker, Jr**<br>(See above for address)<br>*LEAD ATTORNEY* |
| **Whitney S Fox** | represented by | **William W Rucker, Jr**<br>(See above for address)<br>*LEAD ATTORNEY* |

| Filing Date | # | Docket Text |
|---|---|---|
| | | |

| | | |
|---|---|---|
| 03/28/2003 | 1 | 454 (Recover Money/Property): Complaint by Official Employment-Related Issues Committee of Enron Corp Et Al against John B Arnold. Receipt Number O, Fee Amount $150. (chor, ) Additional attachment(s) added on 3/31/2003 (vhul, ). (Entered: 03/28/2003) |
| 03/28/2003 | | Receipt Number 891699, Fee Amount $150.00. (related document(s) 1). (hram, ) (Entered: 04/01/2003) |
| 03/28/2003 | 2 | 50 Summons issued on John D. Arnold et al Date issued 03/28/2003. (chor, ) (Entered: 04/03/2003) |
| 03/28/2003 | | Michael J Swerzbin, and Timothy N Belden, and Matthew H Motley, and Kevin M Presto, and Mark D Davis, and Robert C Benson, and Hunter Shively, and Fletcher J Sturm, and Robert Badeer, and Jeffrey Richter, and Thomas A Martin, and Christopher F Calger, and Frank J Ermis, and Michael J Maggi, and Lawrence J May, and Rogers Herndon, and Andrew H Lewis, and James E Schwieger, and Geoffery C Storey, and Barry L Tycholiz, and Sandra F Brawner, and Don Black, and Harpreet S Arora, and Eric P Bass, and Sean R Crandall, and Martin L Cuilla, and Kevin Ruscitti, and Timothy A Heizenrader, and Bradley T McKay, and Jacob S Thomas, and Douglas Gilbertsmith, and Thomas Alonso, and Paul Choi, and Mark S Fischer, and Laura L Luce, and Stewart Rosman, and Christopher H Foster, and Scott M Neal, and Craig A Breslau, and Michael J Curry, and Michael D Grigsby, and John Llodra, and Jane M Tholt, and Frank W Vickers, and Johnathan McKay, and Christopher J Gaskill, and Guatam Gupta, and Steve H Wang, and Lloyd J Will, and Berney C Aucoin, and John D Suarez, and Jeff N King, and Robert Stalford, and Keith A Holst, and Narsimha Misra added to case. (chor, ) (Entered: 04/03/2003) |
| 04/08/2003 | 3 | Summons Service Executed on Douglas Gilbert-Smith 3/28/2003. (blac, ) Modified on 4/8/2003 (blac, ). (Entered: 04/08/2003) |
| 04/08/2003 | 4 | Summons Service Executed on Thomas Alonso 3/28/2003. (blac, ) Modified on 4/8/2003 (blac, ). (Entered: 04/08/2003) |
| 04/08/2003 | 5 | Summons Service Executed on Paul Choi 3/28/2003. (blac, ) (Entered: 04/08/2003) |
| 04/08/2003 | 6 | Summons Service Executed on Mark S Fischer 3/28/2003. (blac, ) (Entered: 04/08/2003) |
| 04/08/2003 | 7 | Summons Service Executed on Laura L Luce 3/28/2003. (blac, ) (Entered: 04/08/2003) |
| 04/08/2003 | 8 | Summons Service Executed on Guatam Gupta 3/28/2003. (blac, ) |

| | | |
|---|---|---|
| | | (Entered: 04/08/2003) |
| 04/08/2003 | 9 | Summons Service Executed on Steve H Wang 3/28/2003. (blac, ) (Entered: 04/08/2003) |
| 04/08/2003 | 10 | Summons Service Executed on Lloyd J Will 3/28/2003. (blac, ) (Entered: 04/08/2003) |
| 04/08/2003 | 11 | Summons Service Executed on Berney C Aucoin 3/28/2003. (blac, ) (Entered: 04/09/2003) |
| 04/08/2003 | 12 | Summons Service Executed on John D Suarez 3/28/2003. (blac, ) (Entered: 04/09/2003) |
| 04/08/2003 | 13 | Summons Service Executed on Jeff N King 3/28/2003. (blac, ) (Entered: 04/09/2003) |
| 04/08/2003 | 14 | Summons Service Executed on Robert Stalford 3/28/2003. (blac, ) (Entered: 04/09/2003) |
| 04/08/2003 | 15 | Summons Service Executed on Keith A Holst 3/28/2003. (blac, ) (Entered: 04/09/2003) |
| 04/08/2003 | 16 | Summons Service Executed on Narsimha Misra 3/28/2003. (blac, ) (Entered: 04/09/2003) |
| 04/08/2003 | 17 | Summons Service Executed on Kevin Ruscitti 3/28/2003. (blac, ) (Entered: 04/09/2003) |
| 04/08/2003 | 18 | Summons Service Executed on Timothy A Heizenrader 3/28/2003. (blac, ) (Entered: 04/09/2003) |
| 04/08/2003 | 19 | Summons Service Executed on Bradley T McKay 3/28/2003. (blac, ) (Entered: 04/09/2003) |
| 04/08/2003 | 20 | Summons Service Executed on Jacob S Thomas 3/28/2003. (blac, ) (Entered: 04/09/2003) |
| 04/08/2003 | 21 | Summons Service Executed on Martin L Cuilla 3/28/2003. (blac, ) (Entered: 04/09/2003) |
| 04/08/2003 | 22 | Summons Service Executed on Sean R Crandall 3/28/2003. (blac, ) (Entered: 04/09/2003) |
| 04/08/2003 | 23 | Summons Service Executed on Eric P Bass 3/28/2003. (blac, ) (Entered: 04/09/2003) |

| | | |
|---|---|---|
| 04/08/2003 | 24 | Summons Service Executed on Harpreet S Arora 3/28/2003. (blac, ) (Entered: 04/09/2003) |
| 04/08/2003 | 25 | Summons Service Executed on Don Black 3/28/2003. (blac, ) (Entered: 04/09/2003) |
| 04/08/2003 | 26 | Summons Service Executed on Sandra F Brawner 3/28/2003. (blac, ) (Entered: 04/09/2003) |
| 04/08/2003 | 27 | Summons Service Executed on Barry L Tycholiz 3/28/2003. (blac, ) (Entered: 04/09/2003) |
| 04/08/2003 | 28 | Summons Service Executed on Geoffery C Storey 3/28/2003. (blac, ) (Entered: 04/09/2003) |
| 04/08/2003 | 29 | Summons Service Executed on James E Schwieger 3/28/2003. (blac, ) (Entered: 04/09/2003) |
| 04/08/2003 | 30 | Summons Service Executed on Andrew H Lewis 3/28/2003. (blac, ) (Entered: 04/09/2003) |
| 04/08/2003 | 31 | Summons Service Executed on Rogers Herndon 3/28/2003. (blac, ) (Entered: 04/09/2003) |
| 04/08/2003 | 32 | Summons Service Executed on Lawrence J May 3/28/2003. (blac, ) (Entered: 04/09/2003) |
| 04/08/2003 | 33 | Summons Service Executed on Michael J Maggi 3/28/2003. (blac, ) (Entered: 04/09/2003) |
| 04/08/2003 | 34 | Summons Service Executed on Frank J Ermis 3/28/2003. (blac, ) (Entered: 04/09/2003) |
| 04/08/2003 | 35 | Summons Service Executed on Christopher F Calger 3/28/2003. (blac, ) (Entered: 04/09/2003) |
| 04/08/2003 | 36 | Summons Service Executed on Thomas A Martin 3/28/2003. (blac, ) (Entered: 04/09/2003) |
| 04/08/2003 | 37 | Summons Service Executed on Jeffrey Richter 3/28/2003. (blac, ) (Entered: 04/09/2003) |
| 04/08/2003 | 38 | Summons Service Executed on Robert Badeer 3/28/2003. (blac, ) (Entered: 04/09/2003) |
| 04/08/2003 | 39 | Summons Service Executed on Fletcher J Sturm 3/28/2003. (blac, ) |

| | | |
|---|---|---|
| | | (Entered: 04/09/2003) |
| 04/08/2003 | 40 | Summons Service Executed on Hunter Shively 3/28/2003. (blac, ) (Entered: 04/09/2003) |
| 04/08/2003 | 41 | Summons Service Executed on Mark D Davis Jr 3/28/2003. (blac, ) (Entered: 04/09/2003) |
| 04/08/2003 | 42 | Summons Service Executed on Kevin M Presto 3/28/2003. (blac, ) (Entered: 04/09/2003) |
| 04/08/2003 | 43 | Summons Service Executed on Matthew H Motley 3/28/2003. (blac, ) (Entered: 04/09/2003) |
| 04/08/2003 | 44 | Summons Service Executed on Christopher J Gaskill 3/28/2003. (blac, ) (Entered: 04/09/2003) |
| 04/08/2003 | 45 | Summons Service Executed on Jonathan McKay 3/28/2003. (blac, ) (Entered: 04/09/2003) |
| 04/08/2003 | 47 | Summons Service Executed on Frank W Vickers 3/28/2003. (blac, ) (Entered: 04/09/2003) |
| 04/08/2003 | 48 | Summons Service Executed on Jane M Tholt 3/28/2003. (blac, ) (Entered: 04/09/2003) |
| 04/08/2003 | 49 | Summons Service Executed on John Llodra 3/28/2003. (blac, ) (Entered: 04/09/2003) |
| 04/08/2003 | 50 | Summons Service Executed on Michael D Grigsby 3/28/2003. (blac, ) (Entered: 04/09/2003) |
| 04/08/2003 | 51 | Summons Service Executed on Michael J Curry 3/28/2003. (blac, ) (Entered: 04/09/2003) |
| 04/08/2003 | 52 | Summons Service Executed on Scott M Neal 3/28/2003. (blac, ) (Entered: 04/09/2003) |
| 04/08/2003 | 53 | Summons Service Executed on Craig A Breslau 3/28/2003. (blac, ) (Entered: 04/09/2003) |
| 04/08/2003 | 54 | Summons Service Executed on Christopher H Foster 3/28/2003. (blac, ) (Entered: 04/09/2003) |
| 04/08/2003 | 55 | Summons Service Executed on Stewart Rosman 3/28/2003. (blac, ) (Entered: 04/09/2003) |

| | | |
|---|---|---|
| 04/08/2003 | 56 | Summons Service Executed on Timothy N Belden 3/28/2003. (blac, ) (Entered: 04/09/2003) |
| 04/08/2003 | 57 | Summons Service Executed on Michael J Swerzbin 3/28/2003. (blac, ) (Entered: 04/09/2003) |
| 04/08/2003 | 58 | Summons Service Executed on John D Arnold 3/28/2003. (blac, ) (Entered: 04/09/2003) |
| 04/08/2003 | 59 | Summons Service Executed on Robert C Benson 3/28/2003. (blac, ) (Entered: 04/09/2003) |
| 04/08/2003 | 60 | Motion to Appear pro hac vice *Ronald T Adams*. Filed by Thomas Alonso, Paul Choi, Sean R Crandall, Mark S Fischer, Timothy A Heizenrader, Stewart Rosman. (blac, ) (Entered: 04/14/2003) |
| 04/09/2003 | 46 | Order for Conference Signed on 4/9/2003 (related document(s)1). Pre-Trial Conference set for 5/8/2003 at 02:00 PM at Houston, Courtroom 400 (WWS). (blac, ) (Entered: 04/09/2003) |
| 04/09/2003 | | Clerk's Certificate of Service. The related document was mailed to all attorneys and unrepresented parties on 4/9/2003. (related document(s) 46). (blac, ) (Entered: 04/09/2003) |
| 04/17/2003 | 61 | Response & Opposition to the Plaintiff's Expedited Motion to Consolidate Adversary Proceedings filed by Defendant Kevin M Presto. (kden, ) (Entered: 04/17/2003) |
| 04/24/2003 | 62 | Motion *To Sever*, Motion *To Transfer Venue* Filed by Thomas Alonso, Paul Choi, Sean R Crandall, Mark S Fischer, Timothy A Heizenrader, Stewart Rosman. (Attachments: # 1 Proposed Order) (blac, ) (Entered: 04/24/2003) |
| 04/24/2003 | 63 | Memorandum by Thomas Alonso, Paul Choi, Sean R Crandall, Mark S Fischer, Timothy A Heizenrader, Stewart Rosman (related document(s)62). (blac, ) (Entered: 04/24/2003) |
| 04/24/2003 | 64 | Statement Of Facts In Support by Thomas Alonso, Paul Choi, Sean R Crandall, Mark S Fischer, Timothy A Heizenrader, Stewart Rosman (related document(s)62). (blac, ) (Entered: 04/24/2003) |
| 04/24/2003 | 65 | Affidavit Filed by Stewart Rosman (related document(s)62). (blac, ) (Entered: 04/24/2003) |
| 04/24/2003 | 66 | Affidavit Filed by Timothy A Heizenrader (related document(s)62). (blac, ) (Entered: 04/24/2003) |

| | | |
|---|---|---|
| 04/24/2003 | 67 | Affidavit Filed by Sean R Crandall (related document(s)62). (blac, ) (Entered: 04/24/2003) |
| 04/24/2003 | 68 | Request for Oral Presentation Filed by Thomas Alonso, Paul Choi, Sean R Crandall, Mark S Fischer, Timothy A Heizenrader, Stewart Rosman (related document(s)62). (blac, ) (Entered: 04/24/2003) |
| 04/24/2003 | 69 | Affidavit Filed by Paul Choi. (Related Doc. #62) (blac, ) Modified on 4/24/2003 (blac, ). (Entered: 04/24/2003) |
| 04/24/2003 | 70 | Affidavit Filed by Mark S Fischer (related document(s)62). (blac, ) (Entered: 04/24/2003) |
| 04/24/2003 | 71 | Affidavit Filed by Thomas Alonso (related document(s)62). (blac, ) (Entered: 04/24/2003) |
| 04/24/2003 | 72 | Certificate of Service Filed by Thomas Alonso, Paul Choi, Sean R Crandall, Mark S Fischer, Timothy A Heizenrader, Stewart Rosman (related document(s)62). (blac, ) (Entered: 04/24/2003) |
| 04/28/2003 | 73 | Motion to Appear pro hac vice *of Thomas D. Goldberg*. Filed by Matthew H Motley. (Brandt, Susan) (Entered: 04/28/2003) |
| 04/28/2003 | 74 | Answer to Complaint Filed by James E Schwieger. (mkad, ) (Entered: 04/29/2003) |
| 04/28/2003 | 75 | Stipulation Extending Time *For Defendant's Response Or Answer To Complaint* Filed by Robert Badeer, Eric P Bass, Robert C Benson, Don Black, Sandra F Brawner, Craig A Breslau, Christopher F Calger, Martin L Cuilla, Michael J Curry, Mark D Davis Jr, Frank J Ermis, Christopher H Foster, Christopher J Gaskill, Douglas Gilbert-Smith, Michael D Grigsby, Keith A Holst, Jeff N King, Andrew H Lewis, John Llodra, Laura L Luce, Michael J Maggi, Thomas A Martin, Lawrence J May, Bradley T McKay, Jonathan McKay, Scott M Neal, Official Employment-Related Issues Committee of Enron Corp Et Al, Kevin M Presto, Kevin Ruscitti, Hunter Shively, Robert Stalford, Geoffery C Storey, Fletcher J Sturm, Michael J Swerzbin, Jane M Tholt, Jacob S Thomas, Barry L Tycholiz, Frank W Vickers, Steve H Wang, Lloyd J Will. (blac, ) Modified on 4/30/2003 (blac, ). (Entered: 04/30/2003) |
| 04/29/2003 | 76 | Order Granting Motion To Appear pro hac vice (Related Doc # 60) Signed on 4/29/2003. (kden, ) (Entered: 04/30/2003) |
| 04/29/2003 | 77 | THIS ORDER WAS DOCKETED ON THE WRONG CASE AND HAS BEEN TERMINATED. THE ORDER HAS BEEN RE-DOCKETED ON CASE #02-3968) - Order (Adversary) Withdrawing |

| | | |
|---|---|---|
| | | Motion #13 Signed on 4/29/2003. (kden, ) Modified on 4/30/2003 (kden, ). (Entered: 04/30/2003) |
| 04/30/2003 | | Clerk's Certificate of Service. The related document was mailed to all attorneys and unrepresented parties on 4/30/03. (related document(s) 76). (kden, ) Modified on 4/30/2003 (kden, ). (Entered: 04/30/2003) |
| 04/30/2003 | | Attorney Ronald T Adams for Sean R Crandall; Mark S Fischer; Timothy A Heizenrader; Stewart Rosman; Thomas Alonso and Paul Choi added to case. (kden, ) (Entered: 04/30/2003) |
| 04/30/2003 | | Clerk's Certificate of Service. The related document was mailed to all attorneys and unrepresented parties on 4/30/03. Additional copy mailed to Ronald T Adams. (related document(s)76). (kden, ) Modified on 4/30/2003 (kden, ). (Entered: 04/30/2003) |
| 04/30/2003 | 78 | Motion to Appear by Telephone. Objections/Request for Hearing Due in 20 days Filed by Thomas Alonso, Paul Choi, Sean R Crandall, Mark S Fischer, Timothy A Heizenrader, Stewart Rosman. (blac, ) (Entered: 04/30/2003) |
| 04/30/2003 | 79 | Memorandum In Opposition To Official Employment-Related Issues Committee Of Enron Corp's Motion To Consolidate Of Defendants by Thomas Alonso, Paul Choi, Sean R Crandall, Mark S Fischer, Timothy A Heizenrader, Stewart Rosman. (blac, ) (Entered: 04/30/2003) |
| 04/30/2003 | 80 | Certificate of Service Filed by Thomas Alonso, Paul Choi, Sean R Crandall, Mark S Fischer, Timothy A Heizenrader, Stewart Rosman (related document(s)79). (blac, ) (Entered: 04/30/2003) |
| 05/07/2003 | 81 | Order Granting Motion To Appear pro hac vice (Related Doc # 73) Signed on 5/7/2003. (blac, ) (Entered: 05/07/2003) |
| 05/07/2003 | | Clerk's Certificate of Service. The related document was mailed to all attorneys and unrepresented parties on 5/7/2003. (related document(s) 81). (blac, ) (Entered: 05/07/2003) |
| 05/08/2003 | 82 | Order For Transfer And Joint Administration Of Adversary Proceedings Signed on 5/8/2003. (blac, ) (Entered: 05/08/2003) |
| 05/08/2003 | | Judge William R. Greendyke added to case. Involvement of Judge Steen, Wesley W. Terminated. (blac, ) (Entered: 05/08/2003) |
| 05/08/2003 | | Flags Set-Reset. (blac, ) (Entered: 05/08/2003) |
| 05/08/2003 | | Clerk's Certificate of Service. The related document was mailed to all |

| | | |
|---|---|---|
| | | attorneys and unrepresented parties on 5/8/2003. (related document(s) 82). (blac, ) (Entered: 05/08/2003) |
| 05/13/2003 | 83 | Response (related to motions(s)62) Filed by Official Employment-Related Issues Committee of Enron Corp Et Al. (McClain, David) (Entered: 05/13/2003) |
| 05/20/2003 | 84 | Motion to Appear pro hac vice *Jeremy Simon*. Filed by Robert Badeer, Eric P Bass, Robert C Benson, Don Black, Sandra F Brawner, Craig A Breslau, Christopher F Calger, Michael J Curry, Mark D Davis Jr, Frank J Ermis, Christopher H Foster, Christopher J Gaskill, Douglas Gilbert-Smith, Michael D Grigsby, Keith A Holst, Jeff N King, Andrew H Lewis, John Llodra, Michael J Maggi, Thomas A Martin, Lawrence J May, Jonathan McKay, Scott M Neal, Hunter Shively, Robert Stalford, Geoffery C Storey, Fletcher J Sturm, Michael J Swerzbin, Jane M Tholt, Jacob S Thomas, Barry L Tycholiz, Frank W Vickers, Steve H Wang, Lloyd J Will. (blac, ) (Entered: 05/21/2003) |
| 05/21/2003 | 85 | Notice of Appearance and Request for Notice Filed by Timothy N Belden, Jeffrey Richter. (blac, ) (Entered: 05/27/2003) |
| 05/21/2003 | 86 | Motion to Appear pro hac vice *Michael T Dawkins*. Filed by Timothy N Belden, Jeffrey Richter. (blac, ) (Entered: 05/27/2003) |
| 05/22/2003 | 88 | Courtroom Minutes. Time Hearing Held: 11:00 A.M. Appearances: D. McClain/M. Maney for Plaintiff, P. Prewitt/E. Ripley/C. Rerko/T. Kirkendall for Defendants. Tel. Apps: M. Dawkins/S. Brandt/J. Simon/R. Adams for Defendants. (related document(s) #1 Scheduling Conference held. Parties to submit a proposed Agreed Joint Report by end of the week. (vatt) (Entered: 05/29/2003) |
| 05/28/2003 | 87 | Reply in Support of #62 Motion in Response to #83 Arguments of OERIC; Filed by by Thomas Alonso, Paul Choi, Sean R Crandall, Mark S Fischer, Timothy A Heizenrader, Stewart Rosman (related document(s)62, 83). (mkad, ) Additional attachment(s) added on 5/28/2003 (mkad, ). (Entered: 05/28/2003) |
| 05/30/2003 | 89 | Stipulation By Matthew H Motley and Between Extending Time for Defendant's Response or Answer to Complaint Filed by Matthew H Motley. (Attachments: # 1 Exhibit 1) (Brandt, Susan) (Entered: 05/30/2003) |
| 06/03/2003 | 90 | Motion to Appear pro hac vice *W. Davis Frye*. Filed by Timothy N Belden, Jeffrey Richter. (blac, ) (Entered: 06/03/2003) |
| 06/03/2003 | 91 | Motion to Appear pro hac vice *Angie Davis*. Filed by Timothy N |

| | | |
|---|---|---|
| | | Belden, Jeffrey Richter. (blac, ) (Entered: 06/03/2003) |
| 06/03/2003 | 92 | Certificate of Service Filed by Thomas Alonso, Paul Choi, Sean R Crandall, Mark S Fischer, Timothy A Heizenrader, Stewart Rosman (related document(s)87). (blac, ) (Entered: 06/09/2003) |
| 06/05/2003 | | Attorney Angie Davis for Timothy N Belden and Jeffrey Richter added to case. (blac, ) (Entered: 06/05/2003) |
| 06/05/2003 | | Attorney Michael T Dawkins for Timothy N Belden and Jeffrey Richter added to case. (blac, ) (Entered: 06/05/2003) |
| 06/05/2003 | | Attorney W Davis Frye for Timothy N Belden and Jeffrey Richter added to case. (blac, ) (Entered: 06/05/2003) |
| 06/09/2003 | 93 | Order Granting Motion To Appear pro hac vice (Related Doc # 90) Signed on 6/9/2003. (blac, ) (Entered: 06/09/2003) |
| 06/09/2003 | | Clerk's Certificate of Service. The related document was mailed to all attorneys and unrepresented parties on 6/9/2003. (related document(s) 93). (blac, ) (Entered: 06/09/2003) |
| 06/09/2003 | 94 | Order Granting Motion To Appear pro hac vice (Related Doc # 91) Signed on 6/9/2003. (blac, ) (Entered: 06/09/2003) |
| 06/09/2003 | | Clerk's Certificate of Service. The related document was mailed to all attorneys and unrepresented parties on 6/9/2003. (related document(s) 94). (blac, ) (Entered: 06/09/2003) |
| 06/09/2003 | 95 | Order Granting Motion To Appear pro hac vice (Related Doc # 84) Signed on 6/9/2003. (pwil, ) (Entered: 06/11/2003) |
| 06/09/2003 | | Clerk's Certificate of Service. The related document was mailed to all attorneys and unrepresented parties on 6/11/03. (related document(s) 95). (pwil, ) (Entered: 06/11/2003) |
| 06/09/2003 | 97 | Notice of Hearing (related document(s)62). Hearing scheduled for 8/18/2003 at 09:30 AM at Houston, Courtroom 403 (WRG). (blac, ) (Entered: 06/19/2003) |
| 06/09/2003 | | Clerk's Certificate of Service. The related document was mailed to all attorneys and unrepresented parties on 6/19/2003. (related document (s)97). (blac, ) (Entered: 06/19/2003) |
| 06/10/2003 | | Motions terminated.. (rste, ) (Entered: 06/10/2003) |
| | | |

| | | |
|---|---|---|
| 06/11/2003 | | Attorney Jeremy Simon for Robert C Benson; Don Black; Sandra F Brawner; Craig A Breslau; Christopher F Calger; Michael J Curry; Mark D Davis; Frank J Ermis; Christopher H Foster; Christopher J Gaskill; Douglas Gilbert-Smith; Michael D Grigsby; Keith A Holst; Jeff N King; Andrew H Lewis; John Llodra; Michael J Maggi; Thomas A Martin; Lawrence J May; Jonathan McKay; Scott M Neal; Hunter Shively; Robert Stalford; Geoffery C Storey; Fletcher J Sturm; Michael J Swerzbin; Jane M Tholt; Jacob S Thomas; Barry L Tycholiz; Frank W Vickers; Steve H Wang; Lloyd J Will; Robert Badeer and Eric P Bass added to case. (blac, ) (Entered: 06/11/2003) |
| 06/13/2003 | 96 | Motion to Dismiss Party *Narsimha Misra*. Objections/Request for Hearing Due in 20 days. Filed by Official Employment-Related Issues Committee of Enron Corp Et Al. (Attachments: # 1 Proposed Order) (McClain, David) (Entered: 06/13/2003) |
| 06/25/2003 | 98 | Order Granting Motion To Appear pro hac vice (Related Doc # 86) Signed on 6/25/2003. (blac, ) (Entered: 06/26/2003) |
| 06/25/2003 | | Clerk's Certificate of Service. The related document was mailed to all attorneys and unrepresented parties on 6/26/2003. (related document (s)98). (blac, ) (Entered: 06/26/2003) |
| 06/26/2003 | 99 | Order Denying Without Prejudice Motion to Dismiss Party (Related Doc # 96) Signed on 6/26/2003. (mkad, ) (Entered: 06/27/2003) |
| 06/27/2003 | | Clerk's Certificate of Service. The related document was mailed to all attorneys and unrepresented parties on 6/27/03. (related document(s) 99). (mkad, ) (Entered: 06/27/2003) |
| 06/30/2003 | 100 | Notice *of Hearing* Filed by Thomas Alonso, Paul Choi, Sean R Crandall, Mark S Fischer, Timothy A Heizenrader, Stewart Rosman (related document(s)62). (mkad, ) (Entered: 06/30/2003) |
| 07/08/2003 | 101 | Motion to Appear pro hac vice *Mark Aaron Brandoff*. Filed by Harpreet S Arora, Guatam Gupta, Rogers Herndon, John D Suarez. (blac, ) (Entered: 07/09/2003) |
| 07/21/2003 | 102 | Rule 7026 Disclosures Filed by Thomas Alonso, Paul Choi, Sean R Crandall, Mark S Fischer, Timothy A Heizenrader, Stewart Rosman. (rmoo, ) (Entered: 07/28/2003) |
| 08/06/2003 | 103 | Order Granting Motion To Appear pro hac vice (Related Doc # 101) Signed on 8/6/2003. (mhar, ) (Entered: 08/07/2003) |
| 08/13/2003 | | Clerk's Certificate of Service. The related document was mailed to all attorneys and unrepresented parties on 8/13/03. (related document(s) |

| | | |
|---|---|---|
| | | 103). (mhar, ) (Entered: 08/13/2003) |
| 08/14/2003 | 104 | Stipulation and Order (Adversary) Pertaining to Documents #62, #97 Denying Without Prejudice Motions to Sever and Transfer Venue and cancelling 8/18/03 hearing Signed on 8/14/2003. (related documents #62, #97). (mkad, ) (Entered: 08/15/2003) |
| 08/15/2003 | | Deadlines terminated., Documents terminated., Motions terminated.. (mkad, ) (Entered: 08/15/2003) |
| 08/17/2003 | 105 | BNC Certificate of Mailing. Service Date 08/17/03. (Related Doc # 104) (Admin.) (Entered: 08/21/2003) |
| 08/21/2003 | | Attorney Mark Aaron Brandoff for Rogers Herndon; John D Suarez; Harpreet S Arora and Guatam Gupta added to case. (mhar, ) (Entered: 08/21/2003) |
| 09/12/2003 | 106 | Answer to Complaint Filed by Martin L Cuilla, Laura L Luce, Bradley T McKay, Kevin Ruscitti. (rkon, ) (Entered: 09/12/2003) |
| 09/12/2003 | 108 | Answer To First Amended Complaint Against John Arnold, Et Al by UBS Group. (No First Amended Complaint On case ) (mhar, ) (Entered: 09/16/2003) |
| 09/15/2003 | 107 | Answer to Complaint Filed by Kevin M Presto. (mhar, ) (Entered: 09/16/2003) |
| 09/15/2003 | 117 | Motion to Extend Time *To Answer Or Otherwise Respond*, Motion To Stay. Filed by Jeffrey Richter. (mhar, ) (Entered: 09/26/2003) |
| 09/15/2003 | 118 | Memorandum Brief In Support Of Defendant Timothy D. Belden's Motion To Stay Civil Proceedings Pending Resolution Of Criminal Proceedings Or, In The Alternative, For Additional Time To Answer Or Otherwise Respond Filed by Timothy N Belden. (vcur, ) (Entered: 09/26/2003) |
| 09/18/2003 | 109 | Answer to Complaint Filed by John D Arnold. (mhar, ) (Entered: 09/19/2003) |
| 09/19/2003 | 110 | Motion to Dismiss Case. Objections/Request for Hearing Due in 20 days. Filed by Matthew H Motley. (Brandt, Susan) (Entered: 09/19/2003) |
| 09/19/2003 | 111 | Affidavit Re: *of Mathew Motley in Support of Motion to Dismiss* Filed by Matthew H Motley (related document(s)110). (Brandt, Susan) (Entered: 09/19/2003) |

| | | |
|---|---|---|
| 09/19/2003 | 112 | DOCUMENT FILED IN ERROR *Corrected document filed as #115* Brief Filed by Matthew H Motley (related document(s)110). (Brandt, Susan) Modified on 9/22/2003 (rwes, ). (Entered: 09/19/2003) |
| 09/19/2003 | 113 | Exhibits A through E *to Brief in Support of Motion to Dismiss* Filed by Matthew H Motley (related document(s)115). (Brandt, Susan) Modified on 9/22/2003 changed connection from #112 (rwes, ). (Entered: 09/19/2003) |
| 09/19/2003 | 114 | Summary of Exhibits (related documents 110 112 Filed by Matthew H Motley. (Brandt, Susan) Modified on 9/23/2003 (mrio, ). THIS ENTRY WAS ORIGINALLY DOCKETED AS AN APPLICATION. (Entered: 09/19/2003) |
| 09/19/2003 | 115 | Brief Filed by Matthew H Motley (related document(s)110). (Attachments: # 1 Exhibit A-E) (Brandt, Susan) (Entered: 09/19/2003) |
| 09/22/2003 | 116 | Proposed Order Submission After Hearing Filed by Matthew H Motley (related document(s)110). (Brandt, Susan) (Entered: 09/22/2003) |
| 09/25/2003 | 137 | Courtroom Minutes. Time Hearing Held: 11:00 A.M. Appearances: M. Maney/D. McClain for Plaintiff, K. Mckay/J. Simon/K. Middleton/D. Molloy/J. Powell/J. Williamson/C. Stacy/R. Spencer/S. Brandt/D. Jones/K. Cole/P. Dobrowki/L. Gibson/C. McDaniel/T. Kirkendall/T. McHale for Defendants. Tel. Apps: D. Freye/P. Landau/W. James for Defendants. (related document(s)1). Pretrial Conference held. Scheduling Conference is set for 12/18/2003 at 11:00 A.M. at Houston, Courtroom 403 (WRG). 110, 117 Hearing to be set for Nov., 2003. ETT: 1/2 hr. Plaintiff's answer is due within 20 days. Defendants have 10 days to reply thereafter. Clerk to set hearing on Plaintiff's Motion for Summary Judgment which will be filed on 9/30/2003. (vatt) (Entered: 10/09/2003) |
| 09/30/2003 | 119 | Motion For Summary Judgment. Objections/Request for Hearing Due in 20 days. Filed by Official Employment-Related Issues Committee of Enron Corp Et Al. (Maney, Mark) (Entered: 09/30/2003) |
| 09/30/2003 | 120 | Motion For Summary Judgment. Objections/Request for Hearing Due in 20 days. Filed by Stuart Rexrode. (Attachments: # 1 Proposed Order Granting Motion for Summary Judgment) (Wahrlich, Fred) (Entered: 09/30/2003) |
| 09/30/2003 | 121 | Motion For Summary Judgment. Objections/Request for Hearing Due in 20 days. Filed by John D Arnold. (Smitherman, D) (Entered: 09/30/2003) |

| | | |
|---|---|---|
| 09/30/2003 | 122 | THIS MOTION IS A DUPLICATE OF DOCUMENT #121. MOTION TERMINATED. Motion For Summary Judgment. Objections/Request for Hearing Due in 20 days. Filed by John D Arnold. (pwil, ) Modified on 8/24/2004 (noch, ). (Entered: 10/01/2003) |
| 09/30/2003 | 124 | Motion For Summary Judgment. Objections/Request for Hearing Due in 20 days. Filed by Martin L Cuilla, Laura L Luce, Bradley T McKay, Kevin Ruscitti. (mhar, ) (Entered: 10/01/2003) |
| 09/30/2003 | 128 | Motion For Summary Judgment. Objections/Request for Hearing Due in 20 days. Filed by UBS Traders. (Attachments: # 1 Proposed Order) (mhar, ) (Entered: 10/02/2003) |
| 09/30/2003 | 129 | Joinder To UBS Traders' Motion For Summary Judgment by Kevin M Presto (related document(s)128). (mhar, ) (Entered: 10/02/2003) |
| 09/30/2003 | 130 | Memorandum In Support Of Motion For Summary Judgment By The Group Of Defendants Who Moved To UBS Warburg As Part Of Its Acquisition Of Enron's Wholesale Trading Operation Filed by UBS Traders (related document(s)128). (mhar, ) (Entered: 10/02/2003) |
| 10/01/2003 | 123 | Certificate of Service Filed by Official Employment-Related Issues Committee of Enron Corp Et Al (related document(s)119). (Maney, Mark) (Entered: 10/01/2003) |
| 10/01/2003 | 125 | Motion to Extend Time *to Answer*, Motion To Stay. Filed by Jeffrey Richter. (noch, ) (Entered: 10/02/2003) |
| 10/01/2003 | 126 | Motion to Extend Time *to Answer*, Motion To Stay. Filed by Timothy N Belden. (noch, ) (Entered: 10/02/2003) |
| 10/01/2003 | 127 | Memorandum Brief in Support Filed by Timothy N Belden (related document(s)126). (noch, ) (Entered: 10/02/2003) |
| 10/01/2003 | 133 | Memorandum Brief Filed by Jeffrey Richter (related document(s) 117). (smur, ) (Entered: 10/03/2003) |
| 10/02/2003 | 131 | Answer to Complaint Filed by Harpreet S Arora, Guatam Gupta, Rogers Herndon, John D Suarez. (mhar, ) (Entered: 10/03/2003) |
| 10/02/2003 | 132 | Motion For Summary Judgment. Objections/Request for Hearing Due in 20 days. Filed by Harpreet S Arora, Guatam Gupta, Rogers Herndon, John D Suarez. (Attachments: # 1 Proposed Order) (mhar, ) (Entered: 10/03/2003) |
| 10/06/2003 | 134 | Notice of Hearing (related document(s)110, 117). Hearing scheduled |